**Fill in this information to identify the case:**

Debtor 1 Diane D. Weaver

Debtor 2 James E. Weaver, Jr.
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number 21-12249-DJB

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Trumark Credit Union

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 5 7

**Property address:**

28 Hillbrook Circle
Number Street

Malvern PA 19355
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ **0.00**

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ________________.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ ________________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/_____/______.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 09 / 01 / 2026

ii. Date next postpetition payment from the debtor is due: 10 / 01 / 2026

iii. Amount of the next postpetition payment that is due: $ 1,943.60

iv. Unpaid principal balance of the loan: $ 289,918.09

v. Additional amounts due for any deferred or accrued interest: $ 1,007.76

vi. Balance of the escrow account: $__________

vii. Balance of unapplied funds or funds held in a suspense account: $ 0,00

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 1,339.67

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☑ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ ______________________________ Date 10/09/2026
Signature

Name: Corinne S. Brennan, Esquire
First name Middle name Last name

Title: 

Company: Klehr Harrison Harvey Branzburg LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1835 Market Street, Suite 1400
Number Street
Philadelphia PA 19103
City State ZIP Code

Contact phone (215) 569-3393 Email cbrennan@klehr.com